UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA

In re:

Vickie Ann Dunker    CaseNo. 22-01677

Chapter 13

Debtor

### CERTIFICATE OF SERVICE: AMENDED CHAPTER 13

I , the undersigned, an attorney, certify that on June 29, 2022, a true and correct copy of the Amended Chapter 13 plan was served :

Via the court's Electronic Case Filing System on these entities and individuals who are listed on the court's Electronic Mail Notice List:

**Ann M. DeLaney**    ECFdelaney@trustee13.com, ecfdelaney@gmail.com
**Molly Slutsky Simons**    bankruptcy@sottileandbarile.com
**U.S. Trustee**    ustpregion10.in.ecf@usdoj.gov

And by regular U.S. mail, postage prepaid, on:

Service List Attached

/S/ Desirae Bedford
Desirae Bedford
309 W. 11th St.
Anderson, IN 46016
dbedford@recoverylawgroup.com
P: 847-250-1167
F: 872-250-9797

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0756-1<br>Case 22-01677-JJG-13<br>Southern District of Indiana<br>Indianapolis<br>Tue Jun 28 06:31:32 EDT 2022 | Asecions St. Vincent Hospital<br>2001 W. 86th<br>Indianapolis, IN 46260-1991 | Attorney General of the United States<br>U.S. Department of Justice<br>950 Pennsylvania Ave NW<br>Washington, DC 20530-0001 |
| Desirae Bedford<br>Recovery Law Group<br>55 E Monroe St.<br>Ste 3800<br>Chicago, IL 60603-6030 | Bridgecrest<br>7300 East Hampton Avenue<br>Suite 100<br>Mesa, AZ 85209-3324 | Bridgecrest Acceptance Corporation<br>AIS Portfolio Services, LP<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |
| Bridgecrest Acceptance Corporation by AIS Po<br>PO Box 4138<br>Houston, TX 77210-4138 | Capital One<br>Attn: Bankruptcy<br>P.O. Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One Bank (USA), N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 |
| Community Howard Regional Health<br>3500 S Lafountain St,<br>Kokomo, IN 46902-3803 | Ann M. DeLaney<br>Office of Ann M. Delaney<br>PO Box 441285<br>Indianapolis, IN 46244-1285 | Vickie Ann Dunker<br>5707 Mendota Drive<br>Kokomo, IN 46902-5532 |
| NetCredit<br>175 W Jackson Blvd<br>Suite 1000<br>Chicago, IL 60604-2863 | NetCredit<br>Attn: Bankruptcy<br>175 W. Jackson Blvd, Ste 1000<br>Chicago, IL 60604-2863 | One Main Financial<br>P.O. Box 183172<br>Columbus, OH 43218-3172 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Real Time Resolutions, Inc.<br>1349 Empire Central Drive, Suite #150<br>Dallas, Texas 75247-4029 | Regions Bank<br>Attn: Bankruptcy BH40402B<br>P. O. Box 10063<br>Birmingham, AL 35202-0063 |
| Regions Bankcard<br>Attn: Bankruptcy<br>2050 Parkway Office Circle<br>Hoover, AL 35244-1805 | (p)SN SERVICING CORPORATION<br>323 FIFTH ST<br>EUREKA CA 95501-0305 | Molly Slutsky Simons<br>Sottile & Barile<br>394 Wards Corner Rd., Suite 180<br>Loveland, OH 45140-8362 |
| U.S. Attorney's Office<br>10 W Market St Ste 2100<br>Indianapolis, IN 46204-1986 | U.S. Bank Trust National Association as Trus<br>of the Lodge Series III Trust<br>c/o SN Servicing Corporation<br>323 Fifth Street<br>Eureka, CA 95501-0305 | U.S. Trustee<br>Office of U.S. Trustee<br>46 E Ohio Street, Room 520<br>Indianapolis, IN 46204-1907 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | |
|---|---|
| Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 | SN Servicing Corporation<br>323 Fifth Street<br>Eureka, CA 95501 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)U.S. Bank Trust National Association, as T        End of Label Matrix
                                                     Mailable recipients    23
                                                     Bypassed recipients     1
                                                     Total                  24
```